IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| ROOSEVELT AND LORETTA JAMISON; REBECCA TILTON, individually, as wife of JOHN E. TILTON, JR., deceased, as wrongful death beneficiary of JOHN E. TILTON, JR., deceased, and as Administratrix of the Estate of JOHN E. TILTON, JR., deceased; ALLISON GALE TILTON CLARK, individually, as natural daughter of JOHN E. TILTON, JR., deceased, and as wrongful death beneficiary of JOHN E. TILTON, JR., deceased; NATALIE ANNE TILTON LLOYD, individually, as natural daughter of JOHN E. TILTON, JR., deceased, and as wrongful death beneficiary of JOHN E. TILTON, JR. deceased; and JOHN EDWARD TILTON, III, individually, as natural son of JOHN E. TILTON, JR., deceased, and as wrongful death beneficiary of JOHN E. TILTON, JR., deceased | **PLAINTIFFS** |
| V. | **CIVIL ACTION NO. 3:14CV870HTW-LRA** |
| AERO JACKSON, INC.; AERO JACKSON, LLC; TEXTRON, INC.; and DEFENDANTS A - M | **DEFENDANTS** |

## ORDER

Before the court is a motion to extend the deadline for completing remand-related discovery, filed by the plaintiffs on August 6, 2015 [docket no. 28]. This motion is well-taken and hereby granted. The court will allow the parties seventy five (days) from the filing of this motion to complete depositions and inspections, as requested by plaintiffs.

**SO ORDERED AND ADJUDGED**, this, the 16th of September, 2015.

s/ HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**